# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Kimberly Ann Faircloth

Write the full name of each plaintiff.

_____CV_______________

(Include case number if one has been assigned)

-against-

Zimmer US Incorporated

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

## COMPLAINT

Do you want a jury trial?

☑ Yes ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.