UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIMBERLY ANN FAIRCLOTH,<br><br>Plaintiff,<br><br>-v-<br><br>ZIMMER US INCORPORATED,<br><br>Defendant. | 26-CV-7599 (JMF)<br><br>ORDER |

JESSE M. FURMAN, United States District Judge:

Plaintiff named Zimmer US, Inc. *a/k/a* Zimmer Biomet, Banner Health, and the CORE Institute, as Defendants in her amended complaint, but she did not provide addresses where these Defendants may be served. *See* ECF No. 16. Within **thirty days of the date of this Order**, Plaintiff is directed to provide the Court with addresses for Zimmer Biomet, Banner Health, and the CORE Institute, so that they may be served.

SO ORDERED.

Dated: October 14, 2026
New York, New York

JESSE M. FURMAN
United States District Judge